IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 09-010374 S |
|---|---|
| **GUILLERMO GONZALEZ CASTRO** | Chapter 13 |
| Debtor(s) | |

## ANSWER TO TRUSTEES MOTION TO DISMISS

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That the Chapter 13 Trustee has filed a Motion to Dismiss stating that debtor is in default with the plan (Docket #22).

2. That debtors consents arrears with the trustee and its why he request an extension of 30 days to cure all arrears with the plan.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned, deny the trustee's motion requesting dismissal and grant an additional extension of 30 days to cure arrears with the Chapter 13 payment plan.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 6th day of August of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.